UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIANNE DARRAGH,

Plaintiff,

v.

Case no. 12-15536

HON. JOHN CORBETT O'MEARA

NEW ENGLAND COMPOUNDING, PHARMACY, INC., a/k/a NEW ENGLAND COMPOUNDING CENTER,

Defendant.

_______________________________/

**ORDER OF REMOVAL OF ACTION AS A PENDING MATTER**

The Court, having been informed by the filing of a Notice of Stay by Reason of Bankruptcy on December 26, 2012, that Defendant filed a voluntary petition for relief in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division), thereby commencing a stay of proceedings in this civil action pursuant to 11 U.S.C.§ 362; and it further appearing to the Court that such a stay will remain in effect for a substantial period of time; and there appearing to be no further reason at this time to maintain the file as an open one for statistical purposes;

**IT IS HEREBY ORDERED** that the Clerk of the Court close this matter for statistical purposes. Nothing contained in this order or the related docket entry shall be considered a dismissal or disposition of this matter, and, should further proceedings become necessary or desirable, any party may initiate them upon termination of the stay of proceedings in the same manner as if this order had not been entered and the Court will order that the matter be reopened for statistical purposes.

s/John Corbett O'Meara
United States District Judge

Date: December 28, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, December 28, 2012, using the ECF system.

                 s/William Barkholz
                 Case Manager